UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                       **NOTICE OF DISPOSITIVE MOTIONS**

                                            **25-CR-132**

WILMY PACHECO-URENA,

    Defendant
_____

    PLEASE TAKE NOTICE, that upon the annexed Affirmation of Paul G. Dell, Esq., dated the 7th day of November, 2025, and upon all the pleadings and proceedings heretofore had herein, the undersigned hereby moves this Court (United States Magistrate Judge H. Kenneth Schroeder Jr.) for the relief set forth in the attorney affirmation annexed hereto and made a part hereof together with such other and further relief as to this Court seems just and proper.

DATED:    Buffalo, NY
                November 7, 2025                   */s/ Paul G. Dell, Esq.*
                                                        PAUL G. DELL, ESQ.
                                                        Attorney for Defendant
                                                        Wilmy Pacheco-Urena
                                                        70 Niagara Street
                                                        Buffalo, New York 14202
                                                        (716) 362-1156
                                                        pgdell@aol.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

        Plaintiff,                **25-CR-132**

        v.                      **AFFIRMATION**

WILMY PACHECO-URENA,

        Defendant
_____

STATE OF NEW YORK }
COUNTY OF ERIE } ss.:
CITY OF BUFFALO }

PAUL G. DELL, ESQ., under penalty of perjury, says that:

1. I am an attorney duly admitted to practice law in the Western District of New York. I represent the above defendant, Wilmy Pacheco-Urena.

2. I make this affirmation in support of numerous forms of dispositive relief. For the convenience of the Court and counsel, it is subdivided into subheadings which will set forth the particular relief sought. This affirmation is made upon information and belief, the sources of which are the discovery turned over, conversations with my client,

review of the docket and prior proceedings, my own investigation, and discussions I have had with Assistant United States Attorneys.

## THE INDICTMENT

3. On July 17, 2025, a 2 count indictment was filed charging Mr. Pacheco-Urena with Possession of Cocaine with Intent to Distribute (21 USC 841(a)(1) and 841(b)(1)(C), and 18 USC 2); and Maintaining a Drug-Involved Premises (21 USC 856(a)(1), and 18 USC 2).

## BACKGROUND

4. Throughout 2025, Mr. Pacheco-Urena was on Federal Supervised Release for a 2015 Conspiracy to Possess with Intent to Distribuite Controlled Substances conviction. He also was and is the owner of 684 Eggert Road, Buffalo, New York. Ownership of this residence was not reported to the United States Probation Office prior to the events described below.

5. On May 21, 2025, FBI Special Agent William Bova, along with numerous United States Probation Officers, conducted a warrantless search of 684 Eggert Road. Mr. Pacheco-Urena, who was present with 2 other individuals, admitted that he owned the residence during the search. Law enforcement seized a little more than 1 kilogram of cocaine and approximately $175,000 in cash.

### DISCOVERY PURSUANT TO RULE 16 AND NOTICE OF INTENTION PURSUANT TO RULE 12

6. The Government has provided some voluntary discovery. To the extent not provided, the Defense moves to compel discovery of any items or information to which the defendant is entitled. Specifically, this request includes, but is not limited to, (1) any evidence or information possessed by law enforcement prior to the warrantless search supporting a belief that Mr. Pacheco-Urena was trafficking controlled substances in 2025, and (2) any evidence or information possessed by law enforcement prior to the warrantless search supporting a belief that there was a nexus between any such drug trafficking and 684 Eggert Road, Buffalo, New York.

7. The Defense requests notification of any statements made by Mr. Pacheco-Urena to law enforcement which the Government may use at trial.

8. The Defense requests disclosure of any and all results of any physical, mental and/or scientific examinations, tests and/or experiments within the prosecution's possession, custody and/or control which are either intended by the prosecution to be used as evidence in chief or which are material to the defense preparation and have not been previously provided.

9. The Defense requests disclosure of *Jencks* material (18 U.S.C. 3500) at least 90 days in advance of trial so as to permit its meaningful use by the defense.

10. Pursuant to the prosecution's obligations under *Brady v. Maryland*, 373 U.S. 83, 83 S.Ct. 1194 (1963), *United States v. Agurs*, 427 U.S. 97, 96 S.Ct. 2392 (1976), *United States v. Bagley*, 473 U.S. 667, 105 S.Ct. 3375 (1985) and *Kyles v. Whitley*, 514 U.S. 419, 115 S.Ct. 1555 (1995), the Defense hereby moves the Court for the immediate disclosure of all exculpatory and/or impeaching material in the

prosecution's possession, custody or control or which is otherwise known to the prosecution.

## SUPPRESSION OF ALL TIMES SEIZED FROM 684 EGGERT ROAD, BUFFALO, NEW YORK

11. As stated above, On May 21, 2025, FBI Special Agent William Bova, along with numerous United States Probation Officers, conducted a warrantless search of 684 Eggert Road.

12. While the Defense is aware of the Special Needs Doctrine (*United States v. Braggs*, 5 F4th 183 (2nd Cir 2021), and that the Stalking Horse Doctrine is no longer a valid basis for suppression (*United States v. Reyes*, 283 F3d 446 (2nd Cir 2002), the warrantless "parole search" in this case clearly appears to be a pre-textual, warrantless search by the FBI. The Government still needs to show a "reasonable suspicion" that Mr. Pacheco-Urena was trafficking controlled substances and show a nexus between that unlawful activity and the 684 Eggert Road residence.

13. While the criminal complaint refers to an investigation of narcotics activity in Lackawanna, New York, recent controlled purchases, and Mr. Pacheco-Urena being identified as being engaged in the trafficking of controlled substances,

there is nothing in the discovery showing a nexus between any of that and 684 Eggert Road, Buffalo, New York – which wasn't even Mr. Pacheco-Urena's parole-approved residence.

14. The Defense therefore seeks an Order suppressing all fruits of the warrantless search of 684 Eggert Road, Buffalo, New York. The Defense will file a standing affidavit from Mr. Pacheco-Urena if the Government deems it necessary.

## SUPPRESSION OF STATEMENTS

15. The Defense reserves it right to seek suppression of any statements made to law enforcement. At this time the Defense is not aware of any statements which the Government intends to use.

## DISCLOSURE OF EVIDENCE PURSUANT TO RULES 404(b), 608 AND 609 OF THE FEDERAL RULES OF EVIDENCE

.

16. Pursuant to Rules 12(b)(4), (d)(1) and (2) of the Federal Rules of Criminal Procedure, and Rules 104(a) and 404(b) of the Federal Rules of

Evidence, Mr. Pacheco-Urena requests that the government notify him of any evidence that the government contends would be admissible under Rule 404(b) of the Federal Rules of Evidence.

17. The Defense also requests pretrial disclosure of any other evidence the government intends to use to impeach the defendant's credibility if he should choose to testify. In the event the government intends to use such evidence, the defendant requests a pretrial hearing to determine the admissibility of such evidence.

## LEAVE TO MAKE OTHER MOTIONS

18. The Defense respectfully moves the Court for an order allowing him to make further and additional motions which may be necessitated by due process of law, by the Court's ruling on the relief sought herein, by newly provided discovery by the government or by new information obtained via investigation made by the defense.

WHEREFORE, it is respectfully requested that the Court grant the requested relief together with such other and further relief as the Court deems just and proper.

               s / *Paul G. Dell, Esq.*
               PAUL G. DELL
               November 7, 2025
               Attorney for Defendant
               Wilmy Pacheco-Urena
               70 Niagara Street
               Buffalo, New York 14202
               (716) 362-1156
               pgdell@aol.com

CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

Plaintiff,

   vs.             25-CR-132

WILMY PACHECO-URENA,

Defendant.
_____

  I hereby certify that on November 7, 2025, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the appropriate CM/CMF participants on this case.

              *s / Paul G. Dell, Esq.*
              PAUL G. DELL
              November 7, 2025
              Attorney for Defendant
              70 Niagara Street
              Buffalo, New York 14202
              (716) 362-1156
              pgdell@aol.com